UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-14001-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,
vs.

BASMATI N. MATHURA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Defendant's Admissions to Violations as Set Forth in the Petition for Violations of Probation.

**THE MATTER** was set before United States Magistrate Judge Frank J. Lynch Jr, on May 14, 2015 for a preliminary hearing and a final evidentiary hearing in respect to the Petition Alleging Violations of Probation. A Report and Recommendation was filed on May 14, 2015, [ECF No. 58], recommending that this Court find Defendant has violated the conditions of her probation in respect to Violations Numbers 1 and 2 inclusive as set forth in the Petition. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Frank J. Lynch, Jr., [ECF No. 58] on Defendant's final evidentiary hearing to the violations as set forth in respect to the Petition Alleging Violations of Probation of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of May, 2015.

                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE

Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office